1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  GRANT P. FONDO (CASBN 181530)
   Assistant United States Attorney
5
6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5035
7    Facsimile:  (408) 535-5066
     Email: grant.fondo@usdoj.gov
8
9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00843 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER RESCHEDULING DECEMBER 17, 2008 STATUS AND TRIAL SETTING HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(H)(8)(A), (B)) |
| JUAN BARRIGA-CABRERA, | ) |
| Defendant. | ) |

The parties are currently scheduled to appear before this Court on December 17, 2008 at 9:00 a.m. for a status and trial setting hearing. In advance of that hearing, the government and defense

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Hearing, Exclusion of Time

|    |                                                                                                           |
|----|-----------------------------------------------------------------------------------------------------------|
|    | January 7, 2009                                                                                           |
| 1  | request a continuance of this hearing date to ~~December 24, 2008~~ at 9:00 a.m. (or other date           |
| 2  | convenient for the Court) and an exclusion of time under the Speedy Trial Act.  In particular, the        |
| 3  | attorney for the government is unavailable to attend the hearing on December 17, 2008.                    |
| 4  |       The parties stipulate that the time between December 17, 2008 and the new hearing date |
| 5  | is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the         |
| 6  | requested continuance would unreasonably deny the defendant reasonable time necessary for                 |
| 7  | effective preparation.  The parties further agree that the ends of justice served by granting the         |
| 8  | requested continuance outweigh the best interests of the public and the defendant in a speedy trial       |
| 9  | and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).                 |

DATED: December 2, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
GRANT P. FONDO
Assistant United States Attorney

_____/S/_____
MANUEL A. ARAUJO
Assistant Federal Public Defender

///
///
///
///
///
///
///
///
///

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Hearing, Exclusion of Time

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 17, 2008 and ~~December 24, 2008~~ January 7, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/8/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Hearing, Exclusion of Time

3