JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GRANT P. FONDO (CASBN 181530)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsimile:  (408) 535-5066
   Email: grant.fondo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00843 JF |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 7, 2009 THROUGH FEBRUARY 18, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), (B)) |
| JUAN BARRIGA-CABRERA, ) | |
|     Defendant. ) | |

    On January 7, 2009, the parties appeared for a status hearing before the Court.  At that time, based upon the request of counsel for defendant and with the agreement of the government, the court set the matter for another status hearing; the parties agreed on February 18, 2009, at 9:00 a.m.  As the Court was advised, counsel for the defendant continues to investigate the case and review discovery.  All parties stipulated to an exclusion of time through February 18, 2009 under the Speedy Trial Act to allow counsel for the defendant reasonable time for effective preparation.

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Exclusion of Time

1  The government hereby submits this written request for an order finding that said time is
2  excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by
3  taking such action and outweigh the best interests of the public and defendants in a speedy trial.
4  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny
5  counsel for the defendant the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

8  DATED: January 7, 2009                          JOSEPH P. RUSSONIELLO
                                                    United States Attorney

10                                                         /S/
                                                    GRANT P. FONDO
11                                                  Assistant United States Attorney

13                                                         /S/
                                                    MANUEL A. ARAUJO
                                                    Assistant Federal Public Defender

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Exclusion of Time

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 7, 2009 and February 18, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  1/14/09

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

*United States v. Juan Barriga-Cabrera*
Stipulation, [Proposed] Order re Exclusion of Time

3